■ WILLIAM DI MAGGIO et al., Respondents, v WILLIE G. KENNEDY et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Lerner, J.), dated August 16, 1984, as granted the plaintiffs leave to serve and file a late jury demand.

Order affirmed insofar as appealed from, with costs.

Under the circumstances of this case, Trial Term did not abuse its discretion by granting the plaintiffs' motion insofar as it was for leave to serve and file a late jury demand. Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.

■ DON LIEBERMAN ASSOCIATES, INC., Respondent, v AVNET, INC., Appellant.—In an action to recover a real estate brokerage commission, defendant appeals from a judgment of the Supreme Court, Nassau County (Harwood, J.), entered June 14, 1983, upon a jury verdict, awarding plaintiff the principal sum of $61,250.

Judgment affirmed, with costs.

We have reviewed the record and conclude that the arguments raised by defendant do not warrant our disturbance of the jury's verdict, which was not against the weight of the evidence. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.